THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE TAGLIA-MONTE, Appellant.— Judgment of the County Court of Kings county, convicting defendant of the crimes of robbery in the first degree and grand larceny in the first degree, unanimously affirmed pursuant to section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

NAOMI RABINOWITZ, Respondent, v. BERE RABINOWITZ, Appellant.— Action for separation. Defendant appeals from order awarding counsel fee and alimony *pendente lite* to plaintiff wife. Order affirmed, with ten dollars costs and disbursements. The amount of arrears of alimony is to be paid within ten days after service upon the defendant of a certified copy of the order to be entered hereon. One-half of the counsel fee shall be paid within ten days after said service and the remainder on or before the date of trial. No opinion. If this case has not already been noticed for trial it should be so noticed and tried at the earliest possible term. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

JOSEPHINE M. RAINVILLE, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Action to recover damages for personal injuries sustained as the result of a fall by the plaintiff, a customer of the defendant, upon a claimed " mess of wax " on the floor of the defendant's place of business. Judgment for the plaintiff and order reversed on the facts and a new trial granted, with costs to abide the event. The finding of liability is against the weight of evidence. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

WALTER F. RAYNOR, as Administrator, etc., of FLORENCE M. RAYNOR, Deceased, Respondent, v. MANHATTAN GENERAL, INC., Appellant.— Action to recover damages for death of plaintiff's intestate, a patient in defendant's hospital. Order directing defendant to appear for examination before trial modified as follows: (1) By striking from the second ordering paragraph the words " one of its employees having knowledge of the facts " and substituting in place thereof the words " its superintendent and the nurse or orderly in charge of the plaintiff's intestate;" (2) by striking items 1 and 3 from the second ordering paragraph; and (3) by striking from the last ordering paragraph all the language following the words " purpose of introducing," and substituting in place thereof the following, " such portions of the aforesaid books, papers, documents into evidence as may be used by the witnesses to refresh their recollection." As thus modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to appellant, the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

DAISY W. SHAW, Respondent, v. AMY SHAW, Appellant.— In an action in ejectment, judgment for plaintiff unanimously affirmed, with costs. No opinion. Appeal from decision dismissed. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.